

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-21-00008-CV

**IN RE** Leticia R. **BENAVIDES**, Relator

Original Proceeding[1]

### ORDER

Relator's petition for writ of injunction and prohibition is DENIED. Our January 13, 2020 stay is hereby lifted.

It is so **ORDERED** on January 27, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-PB7-000138-L-1, styled *In re Estate of Carlos Y. Benavides, Jr., Deceased*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Hugo Martinez presiding.